```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
            CASE NO. 08-20798-CR-GRAHAM
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

EDWIGE PIERRE,
a/k/a "Bunnan"

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres, on December 3, 2008. A Report and Recommendation filed on December 12, 2008 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Edwin G. Torres, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Superseding Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of December, 2008.

                                     _____
                                     DONALD L. GRAHAM
                                     UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Edwin G. Torres
        Abe A. Bailey, Esq.
        Jaime A. Raich, AUSA
```